16655. BOYER, administrator, *v.* MOORE.

BROYLES, C. J. The court did not err in dismissing the certiorari. See *Reese* v. *Miller,* 33 *Ga. App.* 442 (1, 2) (126 S. E. 904).

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 10, 1925.

Certiorari; from Bibb superior court—Judge Malcolm D. Jones. May 25, 1925.

*J. D. Hughes,* for plaintiff in error.

*Jones, Park & Johnston,* contra.